## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elizabeth Rose Phillips, by and through her Parents and Guardians, Kristi Phillips and Jonathan Phillips, | Civil No. 11-367 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Lucinda Jesson, Commissioner, Minnesota Department of Human Services, in her Official capacity, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: February 14, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge